974 A.2d 1163

**Edward MAPP, Petitioner**

v.

**Warden Joyce ADAMS, Petitioner.**

**No. 47 EM 2009.**

Supreme Court of Pennsylvania.

June 23, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**